IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN E. DOWLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENSION Plan FOR SALARIED EMPLOYEES OF UNION PACIFIC, et al. | : : | NO. 14-CV-3926 |

### O R D E R

AND NOW, this 23rd day of March, 2016, consistent with the opinion filed with this order, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (Dkt. # 31) is GRANTED.

2. Plaintiff's motion for summary judgment (Dkt. # 32) is DENIED.

3. Judgment is entered in favor of the Defendants.

4. The Clerk of Court shall mark this case closed.

BY THE COURT:


/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**